United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2719EM

_____

Tina Golden Dewoody Walton,       *
                                            *

                 Appellant,      *

                                            *

       v.                     *    Appeal from the United States
                                          *    District Court for the Eastern

Juanita Waltman Joslin; John Doe    *    District of Missouri.
Bonding or Surety Company; Terry J.  *
Flanagan; John Doe, Insurance Carrier  *      [UNPUBLISHED]
for Terry J. Flanagan; Social Security  *
Administration,                         *

                                          *

               Appellees.     *

_____

Submitted:  November 27, 1997
Filed:  December 16, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Tina Golden Dewoody Walton appeals the district court's order dismissing Walton's lawsuit against Juanita Waltman Joslin and others for failure to state a claim. Having reviewed the record, we conclude the district court's ruling was clearly correct. We thus affirm the judgment of the district court.  See 8th Cir. R. 47B.

Walton's motion for appointment of counsel is denied as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.